IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW BOWEN                                                    PLAINTIFF

v.                          No. 3:17-cv-214-DPM

MATTHEW RING, individually
and in his official capacity as
Deputy of Greene County Sheriff's
Department; GREENE COUNTY,
ARKANSAS; GREENE COUNTY
SHERIFF'S DEPARTMENT;
GREENE COUNTY DETENTION
CENTER; DAVID CARTER,
individually and in his official
capacity as Sheriff of Greene
County, Arkansas; and JOHN
DOES 1-5                                                        DEFENDANTS

## ORDER

Motion, № 9, granted. Greene County is a defendant. The Sheriff's Department and the Detention Center are arms of the County, which don't need to be named as separate parties. *Ketchum v. City of West Memphis*, 974 F.2d 81, 82 (8th Cir. 1992). They are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2017