# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANDREW BOWEN                                                          PLAINTIFF

v.                              No. 3:17-cv-214-DPM

MATTHEW RING, Individually
and in his Official Capacity as
Deputy of Greene County Sheriff's
Department; GREENE COUNTY,
ARKANSAS; DAVID CARTER,
Individually and in his Official
Capacity as Sheriff of Greene
County, Arkansas; and JOHN
DOES 1–5                                                              DEFENDANTS

## ORDER

The joint motion to amend, № 23, is granted. The Protective Order, № 22, is amended to include the following agreed provisions:

**a.** Documents produced by the FBI in response to the 6 February 2018 subpoena issued to Ryan Kennedy ("FBI documents") are to be considered "Confidential Information" and controlled by the Protective Order, № 22;

**b.** The FBI is producing the FBI documents pursuant to the Protective Order, № 22, and 5 U.S.C. § 552a(b)(11); and

**c.** This Amendment to the Protective Order controls the return or destruction of the FBI documents; and the FBI documents, and all

copies of them, must be destroyed or returned to the FBI within thirty days after the case is concluded by settlement and the case is dismissed with prejudice, or within thirty days after the date for filing any appeal has run.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2018