IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW BOWEN                                                            PLAINTIFF

vs.                         No.:3:17-CV-00214 DPM

MATTHEW RING, individually and in His
Official Capacity as Deputy of Greene County
Sheriff's Department; GREENE COUNTY,
ARKANSAS; DAVID CARTER, Individually and in his
official capacity as Sheriff of Greene County, Arkansas;
SUSAN BAIRD; TURN KEY HEALTH CLINICS, LLC; and
JOHN DOES 1-5                                     DEFENDANTS

## PLAINTIFF'S STATUS REPORT

The Plaintiff, Andrew Bowen, by and through his attorneys, Wilcox Law Firm and Scholtens & Averitt, PLC, states the following as his Status Report:

1. A settlement conference was held on October 2, 2018. While a settlement was not reached, the parties have continued to explore their settlement options following the conference.

2. This Court has granted the Unopposed Motion to Continue and Modify Final Scheduling Order filed by Susan Baird and Turn Key Health Clinics LLC.

3. Plaintiff estimates the length of trial, given the addition of Susan Baird and Turn Key Health Clinic as Defendants, to be six to seven days.

Respectfully Submitted,

King Benson
Benson Law Firm
1005 Linwood Dr # 3
Paragould, AR 72450

Tony L. Wilcox (#93084)
**Wilcox Law Firm**
600 South Main Street
Jonesboro, Arkansas 72401
(870) 931-3101

Chris A. Averitt (#98123)
Jay Scholtens (#97132)
**Scholtens & Averitt, PLC**
600 South Main Street
Jonesboro, Arkansas 72401
(870) 972-6900

By:    /s/ Chris A. Averitt
       Chris A. Averitt (#98123)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I, Chris A. Averitt, hereby certify that on October 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

Mr. Ben Jackson  
Ms. Lauren Summerhill  
425 W. Capitol Avenue, Ste 1800  
Little Rock, AR 72201

Michael R. Rainwater  
Thomas J. Diaz  
Jason E. Owens  
Rainwater, Holt & Sexton  
P.O. Box 17250  
Little Rock, AR 72222-7250

                                              By:    /s/ Chris A. Averitt  
                                                          Chris A. Averitt