# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**ANDREW BOWEN**                                                       **PLAINTIFF**

**v.**                         **CASE NO. 3:17-cv-00214 DPM**

**MATTHEW RING, Individually and in his**
**Official Capacity as Deputy of Greene County**
**Sherriff's Department; GREENE COUNTY,**
**ARKANSAS; DAVID CARTER, Individually and in his**
**Official capacity as Sheriff of Greene County, Arkansas;**
**SUSAN BAIRD; TURN KEY HEALTH CLINICS, LLC; and**
**JOHN DOES 1-5**                                   **DEFENDANTS**

## STATUS REPORT

Separate Defendants Susan Baird and Turn Key Health Clinics, LLC, for their Status Report, state:

1. The parties attended a settlement conference with Magistrate Judge Volpe on October 2, 2018. The parties did not reach an agreement but the possibility of reaching a settlement has not been foreclosed.

2. The Court has granted as modified Separate Defendants' Unopposed Motion to Continue Trial and Modify Final Scheduling Order.

3. Separate Defendants estimate that a trial of this matter will take five days.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone:  501-688-8800
Fax:  501-688-8807
bjackson@mwlaw.com
lgrinder@mwlaw.com

By:  */s/ Lauren S. Grinder*
    Benjamin D. Jackson (Ark. Bar No. 2006204)
    Lauren S. Grinder (Ark. Bar No. 2015229)

**CERTIFICATE OF SERVICE**

I, Lauren Summerhill Grinder, hereby certify that on this 10th day of October, 2018, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system and electronic notification has been sent to the below named persons:

- Christopher Aaron Averitt chris@scholtensaveritt.com
- Jay Scholtens  jay@scholtensaveritt.com
- S. King Benson king@bensonlaw.net
- Tony L. Wilcox twilcox@wilcoxlacy.com
- Jason E. Owens owens@rainfirm.com
- Thomas J. Diaz diaz@rainfirm.com

*/s/ Lauren S. Grinder*

2