# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANDREW BOWEN                                                           PLAINTIFF

v.                            No. 3:17-cv-214-DPM

MATTHEW RING, Individually
and in his Official Capacity as
Deputy of Greene County Sheriff's
Department; GREENE COUNTY,
ARKANSAS; GREENE COUNTY
SHERIFF'S DEPARTMENT;
GREEN COUNTY DETENTION
CENTER; DAVID CARTER,
Individually and in his Official
Capacity as Sheriff of Greene
County, Arkansas; JOHN
DOES 1-5; SUSAN BAIRD;
and TURN KEY HEALTH CLINICS LLC                                       DEFENDANTS

## JUDGMENT

Bowen's first amended complaint is dismissed with prejudice. The Court retains jurisdiction until 10 May 2019 to enforce the parties' settlement.

*signature*
D.P. Marshall Jr.
United States District Judge

10 April 2019